**95–124.**   Armco Steel Corp. v. Catchpole.   *Butler County,* No. CA94–02–037.   Reported at 72 Ohio St.3d 1415, 647 N.E.2d 1389.   On motion for reconsideration.   Motion denied.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.